IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL B. WILLIAMS, ) | |
| ID # 1553753 (formerly # 1535319), ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:09-CV-0296-B |
| ) | |
| JONATHAN A. DAVIS, et al., ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, this action will proceed only on Plaintiff's excessive force and bystander claims asserted respectively against Officers Davis and Bowser in their individual capacity. By separate order, the Court will formally dismiss all other claims and order that Officers Davis and Bowser be served.

SIGNED this 6th day of April, 2009.

UNITED STATES DISTRICT JUDGE