IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL B. WILLIAMS, | § | |
| ID # 1553753 (formerly # 1535319), | § | |
| Plaintiff, | § | |
| v. | § | No. 3:09-CV-0296-B-BH |
| | § | |
| JONATHAN A. DAVIS, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. *Plaintiff has failed to show why summary judgment should not be granted as discussed by the Magistrate Judge in her Sept. 30, 2009*

For the reasons stated in the Findings, Conclusions, and Recommendation, *Recommendation. Defendants Davis and Bowser's Motion for Judgment on the Pleadings* (doc. 28), filed August 3, 2009, has been converted to a motion for summary judgment, and as such, it is hereby **GRANTED**.

SIGNED this 26<sup>T</sup> day of Oct., 2009.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE